JAMES KENNEDY, Trustee
P. O. BOX 28459
SAN DIEGO, CA  92198-0459
(858) 451-8859

UNITED STATES BANKRUPTCY COURT

| In Re | Case No. 08-05585-LT7 |
|---|---|
| BORNSEN, GLENN | |
| BORNSEN, PAULA | TRUSTEE'S FINAL REPORT AND STATEMENTS OF PROPOSED DISTRIBUTION AND PROPOSED COMPENSATION |
| Debtor | |

**JAMES KENNEDY** as trustee for the estate of the above debtor(s), submits the following final report, proposed distribution and proposed compensation pursuant to the provisions of 11 U.S.C. §704(9) and §330.F.R.P. Rules 2015(a), 2016(a) and 3009.

**Introduction**

1.  This case was commenced on June 21, 2008, with the filing of a voluntary petition by the debtor under the provisions of the Chapter 7 of title 11 of the United States Code. An Order for Relief was entered, and on June 21, 2008, the United States Trustee appointed JAMES KENNEDY as trustee under a blanket bond.

**Final Report**

2.  The trustee certifies that all property of the estate has been liquidated, or surrendered to holders of secured claims, allowed as exempt to the debtor, or abandoned or disposed of pursuant to 11 U.S.C. §554 and/or §725. An Individual Estate Property Record itemizing the administration of the property of the estate is attached hereto as Exhibit "A".

3.  The liquidation of the estate resulted in the following receipts and disbursements:

    a.    Total Receipts:    $ 14,188.02

    b.    Total Disbursements:    $ <u>879.78</u>

    c.    Balance on Hand:    $ 13,308.24

The trustee's Cash Receipts and Disbursements Record providing the chronological itemization of the receipts and disbursements during the case is attached hereto as Exhibit "B". A summary of Receipts and Disbursements which recaps the record by administrative category is attached hereto as Exhibit "C".

1  4. Trustee did not prosecute any adversary proceeding or make any settlements regarding the estate's interest in property.

5. It was necessary for the trustee to employ the following professional persons in connection with the performance of the trustee's duties in the administration of the estate, who have application for compensation and reimbursement of expenses for services rendered to the estate:

R. DEAN JOHNSON, CPA, accountant for trustee              $867.64

6. The trustee has reviewed all claims in the case and filed objections to claims to be disallowed for purposes of distribution. A copy of the Claims Docket and List of Creditor's Claims describing the disposition of creditors' claims in the case is attached hereto as Exhibit "D".

**Proposed Compensation**

7. The trustee has computed compensation based on the percentage fee allowed under 11 U.S.C. §326(a) on proposed distributions of $14,188.02 to creditors and parties in interest, including the holders of secured claims, but excluding the debtor(s). The percentage fee computed for the trustee's compensation is as follows:

| | | | |
|---|---|---|---|
| 25% of First | $5,000: | $5,000.00 = | $1,250.00 |
| 10% Up to | $50,000: | $9,188.02 = | $918.80 |
| 5% Up to | $1,000,000: | $0.00 = | $0.00 |
| 3% of Balance | : | $0.00 = | $0.00 |

Total Percentage fee:                                                **$2,168.80**

Previous compensation allowed/paid:                          **$0.00**

Balance of fee requested:                                            **$2,168.80**

8. The trustee is a disinterested person eligible to serve under 11 U.S.C. §321 and receive compensation under the provisions of §330(a)(1) of the Code. The trustee does not have any arrangements for the sharing of compensation prohibited under 11 U.S.C. §504.

**Conclusion**

The trustee certifies that the proposed distribution as set forth in the Notice of Intent to Distribute Estate attached hereto as Exhibit "E" and the Schedule of Payment of Dividends attached hereto as Exhibit "F" is proper and consistent with the law and rules of the court.

Furthermore, the trustee Final Report, Proposed Distribution and Proposed Compensation have been reviewed by the Office of the United States Trustee as set forth below. Trustee seeks to distribute dividends and deposit any unclaimed funds, close the estate and be discharged.

**Certification by Trustee**

I declare under penalty of perjury that the statements contained in the foregoing Final Report and Proposed Distribution and Proposed Compensation are true and correct to the best of my knowledge, information and belief.

Dated: March 24, 2009

    /s/James L. Kennedy
JAMES KENNEDY, Trustee

Exhibit A

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | |
|---|---|
| Case No: 08-05585 LT Judge: HON. LAURA S. TAYLOR | Trustee Name: JAMES KENNEDY |
| Case Name: BORNSEN, GLENN | Date Filed (f) or Converted (c): 06/21/08 (f) |
| BORNSEN, PAULA | 341(a) Meeting Date: 07/24/08 |
| For Period Ending: 03/24/09 | Claims Bar Date: 10/29/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5750 Amaya Drive #1, La Mesa, CA | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1751-1753 Guy Street, San Diego, CA | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 1763 - 1769 Guy Street, San Diego, CA | 900,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 7761 E. Roaming Way, Prescott, AZ | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 5. U. S. Bank | 17,000.00 | 14,176.90 | | 14,176.90 | FA |
| 6. Household Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Coin collection | 100.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Life insurance | 6,400.00 | 0.00 | | 0.00 | FA |
| 11. Retirement account | 51,000.00 | 0.00 | | 0.00 | FA |
| 12. Scenic Greens, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. Glen P. Bornson Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 14. 1990 Chevrolet C3500 | 800.00 | 0.00 | | 0.00 | FA |
| 15. 1993 Dodge Dakota | 1,200.00 | 0.00 | | 0.00 | FA |
| 16. 1`994 Elkorn Camper | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 17. 1996 Ford Mustang | 5,000.00 | 1,700.00 | DA | 0.00 | FA |
| 18. 1972 Domus Doublewide Mobile Home | 19,900.00 | 0.00 | DA | 0.00 | FA |
| 19. Thousand Trails timeshare | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.12 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $2,060,900.00    $21,176.90    $14,188.02    $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 14.30

**Exhibit A**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 08-05585    LT    Judge: HON. LAURA S. TAYLOR | Trustee Name: | JAMES KENNEDY |
| Case Name: | BORNSEN, GLENN | Date Filed (f) or Converted (c): | 06/21/08 (f) |
| | BORNSEN, PAULA | 341(a) Meeting Date: | 07/24/08 |
| | | Claims Bar Date: | 10/29/08 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

Exhibit B

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-05585 -LT | | Trustee Name: | JAMES KENNEDY |
|---|---|---|---|---|
| Case Name: | BORNSEN, GLENN | | Bank Name: | Union Bank of California |
| | BORNSEN, PAULA | | Account Number / CD #: | 2130849663  UBOC General Checking Account |
| Taxpayer ID No: | 77-6281906 | | | |
| For Period Ending: | 03/24/09 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/08 | 5 | Glen Bornsen | Prepetition bank accounts | 1121-000 | 6,416.26 | | 6,416.26 |
| 07/30/08 | 5 | Glen Bornsen | Prepetition bank account | 1121-000 | 684.33 | | 7,100.59 |
| 07/30/08 | 5 | Glen Bornsen | Prepition bank account | 1121-000 | 7,076.31 | | 14,176.90 |
| 08/04/08 | | Transfer to Acct #2130849671 | Bank Funds Transfer | 9999-000 | | 9,176.90 | 5,000.00 |
| 01/08/09 | 000101 | INTERNATIONAL SURETIES, LTD<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016025040<br>Term 11/15/08 to 11/15/09 | 2300-000 | | 12.14 | 4,987.86 |
| 02/03/09 | | Transfer from Acct #2130849671 | Bank Funds Transfer | 9999-000 | 879.98 | | 5,867.84 |
| 02/03/09 | 000102 | R. DEAN JOHNSON, CPA<br>7801 MISSION CENTER CT.<br>SUITE 200<br>SAN DIEGO, CA 92108 | ACCOUNTANT FOR TRUSTEE<br>PER ORDER ENTERED 1/12/09<br>FEES  $ 784.00<br>COSTS $ 83.64<br>    Fees                784.00<br>    Expenses         83.64 | <br><br><br><br>3410-000<br>3420-000 | | 867.64 | 5,000.20<br><br><br><br>5,000.20<br>5,000.20 |
| 02/16/09 | | Transfer to Acct #2130849671 | Bank Funds Transfer | 9999-000 | | 0.20 | 5,000.00 |

LFORM2T4

Ver. 14.30

**Exhibit B**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-05585 -LT |
| Case Name: | BORNSEN, GLENN |
| | BORNSEN, PAULA |
| Taxpayer ID No: | 77-6281906 |
| For Period Ending: | 03/24/09 |

| | |
|---|---|
| Trustee Name: | JAMES KENNEDY |
| Bank Name: | Union Bank of California |
| Account Number / CD #: | 2130849663  UBOC General Checking Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account   2130849663

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 14,176.90 | 2 | Checks | 879.78 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 9,177.10 |
| | Subtotal | $ 14,176.90 | | Total | $ 10,056.88 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 879.98 | | | |
| | Total | $ 15,056.88 | | | |

LFORM2T4

Ver: 14.30

**Exhibit B**

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-05585 -LT | | Trustee Name: | JAMES KENNEDY |
|---|---|---|---|---|
| Case Name: | BORNSEN, GLENN | | Bank Name: | Union Bank of California |
| | BORNSEN, PAULA | | Account Number / CD #: | 2130849671  UBOC Money Market Account |
| Taxpayer ID No: | 77-6281906 | | | |
| For Period Ending: | 03/24/09 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/08 | | Transfer from Acct #2130849663 | Bank Funds Transfer | 9999-000 | 9,176.90 | | 9,176.90 |
| 08/29/08 | 20 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 1.61 | | 9,178.51 |
| 09/30/08 | 20 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 1.98 | | 9,180.49 |
| 10/31/08 | 20 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 1.92 | | 9,182.41 |
| 11/28/08 | 20 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 1.74 | | 9,184.15 |
| 12/31/08 | 20 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.80 | | 9,185.95 |
| 01/30/09 | 20 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.11 | | 9,187.06 |
| 02/03/09 | | Transfer to Acct #2130849663 | Bank Funds Transfer | 9999-000 | | 879.98 | 8,307.08 |
| 02/16/09 | | Transfer from Acct #2130849663 | Bank Funds Transfer | 9999-000 | 0.20 | | 8,307.28 |
| 02/27/09 | 20 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.96 | | 8,308.24 |

LFORM2T4

Ver. 14.30

**Exhibit B**

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 08-05585 -LT |
| Case Name: | BORNSEN, GLENN |
| | BORNSEN, PAULA |
| Taxpayer ID No: | 77-6281906 |
| For Period Ending: | 03/24/09 |

| | |
|---|---|
| Trustee Name: | JAMES KENNEDY |
| Bank Name: | Union Bank of California |
| Account Number / CD #: | 2130849671  UBOC Money Market Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account 2130849671

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 7 | Interest Postings | 11.12 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 879.98 |
| | Subtotal | $ 11.12 | | | |
| | | | | Total | $ 879.98 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 9,177.10 | | | |
| | Total | $ 9,188.22 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 14,176.90 | 4 | Checks | 879.78 |
| 7 | Interest Postings | 11.12 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 10,057.08 |
| | Subtotal | $ 14,188.02 | | | |
| | | | | Total | $ 10,936.86 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 10,057.08 | | | |
| | Total | $ 24,245.10 | | Net Total Balance | $ 13,308.24 |

LFORM2T4

Ver. 14.30

Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Case No. 08-05585-LT-7

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

Receipts:

| | |
|---|---:|
| GLEN BORNSEN Prepetition bank accounts | $6,416.26 |
| GLEN BORNSEN Prepetition bank account | $684.33 |
| GLEN BORNSEN Prepition bank account | $7,076.31 |
| Union Bank of California | $11.12 |
| TOTAL RECEIPTS: | $14,188.02 |

Disbursements:

| | |
|---|---:|
| INTERNATIONAL SURETIES, LTD Bond # 016025040 | $12.14 |
| R. DEAN JOHNSON, CPA ACCOUNTANT FOR TRUSTEE | $867.64 |
| TOTAL DISBURSEMENTS: | $879.78 |

BALANCE TO DISTRIBUTE     $13,308.24

Exhibit "C"

EXHIBIT D
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-05585 | Page 1 | Date: March 24, 2009 |
| Debtor Name: | BORNSEN, GLENN | Priority Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | R. DEAN JOHNSON, CPA<br>7801 MISSION CENTER CT.<br>SUITE 200<br>SAN DIEGO, CA 92108 | Administrative | <br><br>2130849663  02/03/09  102 | $0.00 | $867.64<br><br>867.64 | $867.64 |
| 000001<br>050<br>4700-00 | Yavapai County Treasurer<br>1015 Fair St.<br>Prescott, AZ 86305 | Secured | | $0.00 | $1,204.25 | $1,204.25 |
| 000002<br>056<br>5600-00 | Craig & Aly Young<br>1263 Crown Ridge<br>Prescott, AZ 86301 | Priority | | $0.00 | $1,300.00 | $1,300.00 |
| 000005<br>056<br>5600-00 | Craig Baumgardner<br>1769 Guy St.<br>San Diego, CA 92110 | Priority | | $0.00 | $2,095.00 | $2,095.00 |
| 000006<br>056<br>5600-00 | Jack James Brady<br>1763 Guy St.<br>San Diego, CA 92110 | Priority | | $0.00 | $1,050.00 | $1,050.00 |
| 000007<br>056<br>5600-00 | Scott Booth<br>1751 Guy St.<br>San Diego, CA 92110 | Priority | | $0.00 | $1,100.00 | $1,100.00 |
| 000008<br>056<br>5600-00 | Linda Patterson<br>1767 Guy St.<br>San Diego, CA 92110 | Priority | | $0.00 | $1,150.00 | $1,150.00 |
| 000009<br>056<br>5600-00 | James Alexander Guthrie<br>1765 Guy St.<br>San Diego, CA 92110 | Priority | | $0.00 | $1,325.00 | $1,325.00 |
| 000010<br>056<br>5600-00 | Justin Martinez & Susan Tepper<br>1753 Guy St.<br>San Diego, CA 92110 | Priority | | $0.00 | $1,350.00 | $1,350.00 |
| 000003<br>070<br>7100-00 | Grossmont Village COA<br>C/O Summit Property Management<br>PO Box 501730<br>San Diego, CA 92150-1730 | Unsecured | | $0.00 | $1,206.93 | $1,206.93 |
| 000004<br>070<br>7100-00 | eCast Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $130.71 | $130.71 |
| | Case Totals: | | | $0.00 | $12,779.53 | $12,779.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

CREGIS2

Printed: 03/24/09 03:11 PM    Ver: 14.30

CSD 2068 [04/04/05]
Court Telephone: (619) 557-5620
Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BORNSEN, GLENN
BORNSEN, PAULA

BANKRUPTCY NO. 08-05885-LT7

Debtor.

## TRUSTEE'S NOTICE OF INTENT TO DISTRIBUTE ESTATE

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that the undersigned Trustee has liquidated all non-exempt assets of the debtor named above. The total receipts were $ 14,188.02, from which the Trustee has already distributed $ 879.78 to pay miscellaneous costs of administration. Funds remaining on deposit currently total $ 13,308.24.
The proposed distribution of the remaining funds on deposit is summarized as follows:

|  |  | Pro rata % used (if applicable) |
|---|---|---|
| Trustee's Fees: | $ 2,168.80 |  |
| Trustee's Costs: | $ 0.00 |  |
| Unpaid Administrative Fees: | $ |  |
| Unpaid Administrative Costs: | $ |  |
| Priority Unsecured Creditors: | $ 9,370.00 |  |
| General Unsecured Creditors: | $ 565.19 | 42.25277% |
| Other: Secured property tax lien | $ 1,204.25 |  |

☑    If checked, a complete listing of all proposed distributions is enclosed.

Any distribution to creditors will be on a pro rata basis.

The Trustee's Final Report and Statements of Proposed Distribution and Proposed Compensation, which summarize the Trustee's activity in this case, may be reviewed during normal business hours at the Office of the Clerk, United States Bankruptcy Court, 325 West "F" Street, San Diego, CA 92101-6991.

CSD 2068

IF YOU OBJECT TO THE PROPOSED DISTRIBUTION:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    - M - call (619) 557-6019 - DEPARTMENT ONE (Room 218)
    - A - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - H - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - B - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)

2. **WITHIN TWENTY-EIGHT (28)[1] DAYS FROM THE DATE OF THIS NOTICE**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO THE DISTRIBUTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 402 W. Broadway, Suite 600, San Diego, CA 92101. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO DISTRIBUTION" AND "REQUEST AND NOTICE OF HEARING" within the 28-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: March 24, 2009             /s/James L. Kennedy
                                  Chapter 7 Trustee
                                  Address: P.O. Box 28459
                                           San Diego, CA 92198

                                  Phone No.: (858) 451-8859
                                  E-mail: jim@jlkennedy.com

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

`CSD 2068`

**Exhibit F**

# PROPOSED DISTRIBUTION

| Case Number: 08-05585   LT | | | | Page 1 | | | Date: March 24, 2009 |
|---|---|---|---|---|---|---|---|
| Debtor Name: BORNSEN, GLENN \ BORNSEN, PAULA | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $13,308.24 |
| | **Claim Type -** | | | | | | | |
| | JAMES KENNEDY COMPENSATION | Admin | | $2,168.80 *<br>$2,168.80 | $0.00 | $2,168.80 | $2,168.80 | $11,139.44 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | JAMES KENNEDY EXPENSES | Admin | | $0.00 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $11,139.44 |
| | **Subtotal For Claim Type** | | | $2,168.80 *<br>$2,168.80 | $0.00 | $2,168.80 | $2,168.80 | |
| | **Claim Type 3410-00 - Accountant for Trustee Fees** | | | | | | | |
| | R. DEAN JOHNSON, CPA<br>7801 MISSION CENTER CT.<br>SUITE 200<br>SAN DIEGO, CA 92108 | Admin | 001 | $867.64 *<br>$867.64 | $867.64 | $0.00 | $0.00 | $11,139.44 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type 3410-00** | | | $867.64 *<br>$867.64 | $867.64 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative | 100.00000 % | | $3,036.44 *<br>$3,036.44 | $867.64 | $2,168.80 | $2,168.80 | |
| | **Claim Type 4700-00 - Real Property Tax Liens** | | | | | | | |
| 000001 | Yavapai County Treasurer<br>1015 Fair St.<br>Prescott, AZ 86305 | Sec | 050 | $1,204.25 *<br>$1,204.25 | $0.00 | $1,204.25 | $1,204.25 | $9,935.19 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type 4700-00** | | | $1,204.25 *<br>$1,204.25 | $0.00 | $1,204.25 | $1,204.25 | |
| | Subtotals For Class Secured | 100.00000 % | | $1,204.25 *<br>$1,204.25 | $0.00 | $1,204.25 | $1,204.25 | |
| | **Claim Type 5600-00 - Deposits - 507(a)(6)** | | | | | | | |
| 000002 | Craig & Aly Young<br>1263 Crown Ridge<br>Prescott, AZ 86301 | Priority | 056 | $1,300.00 *<br>$1,300.00 | $0.00 | $1,300.00 | $1,300.00 | $8,635.19 |
| | | | Percent Paid: 100.00000 % | | | | | |

**Exhibit F**
# PROPOSED DISTRIBUTION

| Case Number: 08-05585  LT | Page 2 | Date: March 24, 2009 |
|---|---|---|

Debtor Name: BORNSEN, GLENN \ BORNSEN, PAULA

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 5600-00 - Deposits - 507(a)(6)** | | | | | | | | |
| 000005 | Craig Baumgardner<br>1769 Guy St.<br>San Diego, CA 92110 | Priority | 056 | $2,095.00 *<br>$2,095.00 | $0.00 | $2,095.00 | $2,095.00 | $6,540.19 |
| | Percent Paid: 100.00000 % | | | | | | | |
| 000006 | Jack James Brady<br>1763 Guy St.<br>San Diego, CA 92110 | Priority | 056 | $1,050.00 *<br>$1,050.00 | $0.00 | $1,050.00 | $1,050.00 | $5,490.19 |
| | Percent Paid: 100.00000 % | | | | | | | |
| 000007 | Scott Booth<br>1751 Guy St.<br>San Diego, CA 92110 | Priority | 056 | $1,100.00 *<br>$1,100.00 | $0.00 | $1,100.00 | $1,100.00 | $4,390.19 |
| | Percent Paid: 100.00000 % | | | | | | | |
| 000008 | Linda Patterson<br>1767 Guy St.<br>San Diego, CA 92110 | Priority | 056 | $1,150.00 *<br>$1,150.00 | $0.00 | $1,150.00 | $1,150.00 | $3,240.19 |
| | Percent Paid: 100.00000 % | | | | | | | |
| 000009 | James Alexander Guthrie<br>1765 Guy St.<br>San Diego, CA 92110 | Priority | 056 | $1,325.00 *<br>$1,325.00 | $0.00 | $1,325.00 | $1,325.00 | $1,915.19 |
| | Percent Paid: 100.00000 % | | | | | | | |
| 000010 | Justin Martinez & Susan Tepper<br>1753 Guy St.<br>San Diego, CA 92110 | Priority | 056 | $1,350.00 *<br>$1,350.00 | $0.00 | $1,350.00 | $1,350.00 | $565.19 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | **Subtotal For Claim Type 5600-00** | | | $9,370.00 *<br>$9,370.00 | $0.00 | $9,370.00 | $9,370.00 | |
| | Subtotals For Class Priority | 100.00000 % | | $9,370.00 *<br>$9,370.00 | $0.00 | $9,370.00 | $9,370.00 | |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000003 | Grossmont Village COA<br>C/O Summit Property Management<br>PO Box 501730<br>San Diego, CA 92150-1730 | Unsec | 070 | $1,206.93 *<br>$1,206.93 | $0.00 | $1,206.93 | $509.96 | $55.23 |
| | Percent Paid: 42.25266 % | | | | | | | |

**Exhibit F**

# PROPOSED DISTRIBUTION

| Case Number: 08-05585  LT | Page 3 | Date: March 24, 2009 |
|---|---|---|

Debtor Name: BORNSEN, GLENN \ BORNSEN, PAULA

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000004 | eCast Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 | Unsec | 070 | $130.71 *<br>$130.71<br>Percent Paid: 42.25384 % | $0.00 | $130.71 | $55.23 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $1,337.64 *<br>$1,337.64 | $0.00 | $1,337.64 | $565.19 | |
| | Subtotals For Class Unsecured | 42.25277 % | | $1,337.64 *<br>$1,337.64 | $0.00 | $1,337.64 | $565.19 | |
| | << Totals >> | | | $14,948.33<br>$14,948.33 | $867.64 | $14,080.69 | $13,308.24 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.