**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** CALIFORNIA

| In re: | § | |
|---|---|---|
| | § | |
| BORNSEN, GLENN | § | Case No. 08-05585 LT |
| BORNSEN, PAULA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES KENNEDY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,974,900.00<br>*(Without deducting any secured claims)* | Assets Exempt: 88,825.00 |
| Total Distributions to Claimants: 11,081.59 | Claims Discharged<br>Without Payment: 3,506.73 |
| Total Expenses of Administration: 3,048.58 | |

3) Total gross receipts of $ 14,190.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 60.46 (see **Exhibit 2**), yielded net receipts of $ 14,130.17 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,565,511.15 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,048.58 | 3,048.58 | 3,048.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,975.00 | 9,370.00 | 9,370.00 | 8,020.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,131.73 | 2,816.86 | 2,816.86 | 3,061.59 |
| **TOTAL DISBURSEMENTS** | $ 2,576,617.88 | $ 15,235.44 | $ 15,235.44 | $ 14,130.17 |

4) This case was originally filed under chapter 7 on 06/21/2008 . The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2011 By:/s/JAMES KENNEDY

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| U. S. Bank | 1121-000 | 14,176.90 |
| Post-Petition Interest Deposits | 1270-000 | 13.73 |
| **TOTAL GROSS RECEIPTS** | | **$** 14,190.63 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GLEN BORNSEN AND PAULA BORNSEN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 60.46 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 60.46 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 America's Servicing Co 7485 New Horizon Way Frederick MD 21703 | | 864,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :10 Washington Mutual PO Box 100576 Florence SC 29502-0576 | | 192,677.00 | NA | NA | 0.00 |
| | Creditor # :11 Washington Mutual PO Box 100576 Florence SC 29502-0576 | | 105,100.00 | NA | NA | 0.00 |
| | Creditor # :12 Washington Mutual PO Box 100576 Florence SC 29502-0576 | | 250,000.00 | NA | NA | 0.00 |
| | Creditor # :2 Countrywide Home Loans ATTN: Customer Service SVB 314 PO Box 5170 Simi Valley CA 93062-5170 | | 677,946.00 | NA | NA | 0.00 |
| | Creditor # :6 GMAC-Mortgage PO Box 4622 Waterloo IA 50704-4622 | | 118,864.00 | NA | NA | 0.00 |
| | Creditor # :7 GMAC-Mortgage PO Box 4622 Waterloo IA 50704-4622 | | 299,752.00 | NA | NA | 0.00 |
| | Creditor # :8 Grossmont Village COA c/o Summit Property Management PO BOX 501730 San Diego CA 92150-1730 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #9 Stoneridge at Prescott Valley PO Box 10000 Prescott AZ 86304 | | 0.00 | NA | NA | 0.00 |
| | Creditor #:3 County Treasurer-Tax Collector 1600 Pacific Highway, Room 162 San Diego CA 92101 | | 17,100.16 | NA | NA | 0.00 |
| | Creditor #:4 County Treasurer-Tax Collector 1600 Pacific Highway, Room 162 San Diego CA 92101 | | 3,506.98 | NA | NA | 0.00 |
| | Creditor #:5 GMAC-Mortgage PO Box 4622 Waterloo IA 50704-4622 | | 34,876.00 | NA | NA | 0.00 |
| 000001 | YAVAPAI COUNTY TREASURER | 4700-000 | 1,189.01 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 2,565,511.15 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES L. KENNEDY | 2100-000 | NA | 2,168.80 | 2,168.80 | 2,168.80 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 12.14 | 12.14 | 12.14 |
| R. DEAN JOHNSON, CPA | 3410-000 | NA | 784.00 | 784.00 | 784.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. DEAN JOHNSON, CPA | 3420-000 | NA | 83.64 | 83.64 | 83.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 3,048.58 | **$** 3,048.58 | **$** 3,048.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 7 Renee J. Racicot 4060 Alder San Diego CA 92116 | | 25.00 | NA | NA | 0.00 |
| | Representing: Craig Baumgardner | | 0.00 | NA | NA | 0.00 |
| | Representing: Craig Baumgardner | | 0.00 | NA | NA | 0.00 |
| 000002 | CRAIG & ALY YOUNG | 5600-000 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CRAIG BAUMGARDNER | 5600-000 | 2,050.00 | 2,095.00 | 2,095.00 | 2,095.00 |
| 000006 | JACK JAMES BRADY | 5600-000 | 1,050.00 | 1,050.00 | 1,050.00 | 1,050.00 |
| 000009 | JAMES ALEXANDER GUTHRIE | 5600-000 | 1,325.00 | 1,325.00 | 1,325.00 | 1,325.00 |
| 000010 | JUSTIN MARTINEZ & SUSAN TEPPER | 5600-000 | 1,350.00 | 1,350.00 | 1,350.00 | 0.00 |
| 000008 | LINDA PATTERSON | 5600-000 | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 |
| 000007 | SCOTT BOOTH | 5600-000 | 725.00 | 1,100.00 | 1,100.00 | 1,100.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 8,975.00 | $ 9,370.00 | $ 9,370.00 | $ 8,020.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 American Express Customer Service PO Box 297812 Ft Lauderdale FL 33329-000 | | 2,131.73 | NA | NA | 0.00 |
| | CLERK OF THE BANKRUPTCY COURT | 7100-000 | NA | 1,479.22 | 1,479.22 | 1,479.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 130.71 | 130.71 | 130.71 |
| 000003 | GROSSMONT VILLAGE COA | 7100-000 | NA | 1,206.93 | 1,206.93 | 1,206.93 |
| | CRAIG BAUMGARDNER | 7990-000 | NA | NA | NA | 73.17 |
| | ECAST SETTLEMENT CORPORATION | 7990-000 | NA | NA | NA | 4.56 |
| | GROSSMONT VILLAGE COA | 7990-000 | NA | NA | NA | 42.15 |
| | JAMES ALEXANDER GUTHRIE | 7990-000 | NA | NA | NA | 46.27 |
| | LINDA PATTERSON | 7990-000 | NA | NA | NA | 40.16 |
| | SCOTT BOOTH | 7990-000 | NA | NA | NA | 38.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$** 2,131.73 | **$** 2,816.86 | **$** 2,816.86 | **$** 3,061.59 |

**Exhibit A**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Case No: 08-05585 LT Judge: HON. LAURA S. TAYLOR
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Date Filed (f) or Converted (c): 06/21/08 (f)
341(a) Meeting Date: 07/24/08
Claims Bar Date: 10/29/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5750 Amaya Drive #1, La Mesa, CA | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1751-1753 Guy Street, San Diego, CA | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 1763 - 1769 Guy Street, San Diego, CA | 900,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 7761 E. Roaming Way, Prescott, AZ | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 5. U. S. Bank | 17,000.00 | 14,176.90 | | 14,176.90 | FA |
| 6. Household Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Coin collection | 100.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Life insurance | 6,400.00 | 0.00 | | 0.00 | FA |
| 11. Retirement account | 51,000.00 | 0.00 | | 0.00 | FA |
| 12. Scenic Greens, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. Glen P. Bornson Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 14. 1990 Chevrolet C3500 | 800.00 | 0.00 | | 0.00 | FA |
| 15. 1993 Dodge Dakota | 1,200.00 | 0.00 | | 0.00 | FA |
| 16. 1`994 Elkorn Camper | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 17. 1996 Ford Mustang | 5,000.00 | 1,700.00 | DA | 0.00 | FA |
| 18. 1972 Domus Doublewide Mobile Home | 19,900.00 | 0.00 | DA | 0.00 | FA |
| 19. Thousand Trails timeshare | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.73 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,060,900.00 | $21,176.90 | | $14,190.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**Exhibit A**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-05585 LT Judge: HON. LAURA S. TAYLOR | Trustee Name: | JAMES KENNEDY |
| Case Name: | BORNSEN, GLENN<br>BORNSEN, PAULA | Date Filed (f) or Converted (c): | 06/21/08 (f) |
| | | 341(a) Meeting Date: | 07/24/08 |
| | | Claims Bar Date: | 10/29/08 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / / Current Projected Date of Final Report (TFR): / /

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849663 UBOC General Checking Account

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/08 | 5 | Glen Bornsen | Prepetition bank accounts | 1121-000 | 6,416.26 | | 6,416.26 |
| 07/30/08 | 5 | Glen Bornsen | Prepetition bank account | 1121-000 | 684.33 | | 7,100.59 |
| 07/30/08 | 5 | Glen Bornsen | Prepition bank account | 1121-000 | 7,076.31 | | 14,176.90 |
| 08/04/08 | | Transfer to Acct #2130849671 | Bank Funds Transfer | 9999-000 | | 9,176.90 | 5,000.00 |
| 01/08/09 | 000101 | INTERNATIONAL SURETIES, LTD<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016025040<br>Term 11/15/08 to 11/15/09 | 2300-000 | | 12.14 | 4,987.86 |
| 02/03/09 | | Transfer from Acct #2130849671 | Bank Funds Transfer | 9999-000 | 879.98 | | 5,867.84 |
| 02/03/09 | 000102 | R. DEAN JOHNSON, CPA<br>7801 MISSION CENTER CT.<br>SUITE 200<br>SAN DIEGO, CA 92108 | ACCOUNTANT FOR TRUSTEE<br>PER ORDER ENTERED 1/12/09<br>FEES $ 784.00<br>COSTS $ 83.64<br>Fees 784.00<br>Expenses 83.64 | <br><br><br><br>3410-000<br>3420-000 | | 867.64 | 5,000.20 |
| 02/16/09 | | Transfer to Acct #2130849671 | Bank Funds Transfer | 9999-000 | | 0.20 | 5,000.00 |
| 05/06/09 | | Transfer from Acct #2130849671 | Bank Funds Transfer | 9999-000 | 2,168.80 | | 7,168.80 |
| 05/08/09 | 000103 | JAMES L. KENNEDY<br>P.O. BOX 28459<br>SAN DIEGO, CA 92198 | TRUSTEE FEES & EXPENSES<br>Court Order 05/07/09<br>Fees $2,168.80 | 2100-000 | | 2,168.80 | 5,000.00 |

**Exhibit B**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849663 UBOC General Checking Account

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Costs $0.00 | | | | |
| 05/19/09 | | Transfer from Acct #2130849671 | Transfer In From MMA Account | 9999-000 | 6,142.05 | | 11,142.05 |
| * 06/29/09 | 000104 | Yavapai County Treasurer<br>1015 Fair St.<br>Prescott, AZ 86305 | Claim 000001, Payment 100.00000% | 4700-003 | | 1,204.25 | 9,937.80 |
| 06/29/09 | 000105 | Craig & Aly Young<br>1263 Crown Ridge<br>Prescott, AZ 86301 | Claim 000002, Payment 100.00000% | 5600-000 | | 1,300.00 | 8,637.80 |
| 06/29/09 | 000106 | Craig Baumgardner<br>1769 Guy St.<br>San Diego, CA 92110 | Claim 000005, Payment 100.00000% | 5600-000 | | 2,095.00 | 6,542.80 |
| 06/29/09 | 000107 | Jack James Brady<br>1763 Guy St.<br>San Diego, CA 92110 | Claim 000006, Payment 100.00000% | 5600-000 | | 1,050.00 | 5,492.80 |
| 06/29/09 | 000108 | Scott Booth<br>1751 Guy St.<br>San Diego, CA 92110 | Claim 000007, Payment 100.00000% | 5600-000 | | 1,100.00 | 4,392.80 |
| 06/29/09 | 000109 | Linda Patterson<br>4285 5th Avenue<br>San Diego, CA 92103 | Claim 000008, Payment 100.00000% | 5600-000 | | 1,150.00 | 3,242.80 |
| 06/29/09 | 000110 | James Alexander Guthrie<br>3101 Fourth Avenue<br>San Diego, CA 92103 | Claim 000009, Payment 100.00000% | 5600-000 | | 1,325.00 | 1,917.80 |

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849663 UBOC General Checking Account
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/29/09 | 000111 | Justin Martinez & Susan Tepper<br>1753 Guy St.<br>San Diego, CA 92110 | Claim 000010, Payment 100.00000% | 5600-003 | | 1,350.00 | 567.80 |
| 06/29/09 | 000112 | Grossmont Village COA<br>C/O Summit Property Management<br>PO Box 501730<br>San Diego, CA 92150-1730 | Claim 000003, Payment 42.44820% | 7100-000 | | 512.32 | 55.48 |
| 06/29/09 | 000113 | eCast Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 | Claim 000004, Payment 42.44511% | 7100-000 | | 55.48 | 0.00 |
| * 08/10/09 | 000104 | Yavapai County Treasurer<br>1015 Fair St.<br>Prescott, AZ 86305 | Claim 000001, Payment 100.00000%<br>Returned - claimed paid in full | 4700-003 | | -1,204.25 | 1,204.25 |
| * 08/10/09 | 000111 | Justin Martinez & Susan Tepper<br>1753 Guy St.<br>San Diego, CA 92110 | Claim 000010, Payment 100.00000%<br>Unclaimed | 5600-003 | | -1,350.00 | 2,554.25 |
| * 10/29/09 | 000114 | Craig & Aly Young<br>1263 Crown Ridge<br>Prescott, AZ 86301 | Claim 000002, Payment 3.49231% | 7990-003 | | 45.40 | 2,508.85 |
| 10/29/09 | 000115 | Craig Baumgardner<br>1769 Guy St.<br>San Diego, CA 92110 | Claim 000005, Payment 3.49260% | 7990-000 | | 73.17 | 2,435.68 |
| * 10/29/09 | 000116 | Jack James Brady | Claim 000006, Payment 3.49238% | 7990-003 | | 36.67 | 2,399.01 |

**Exhibit B**

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849663 UBOC General Checking Account

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1763 Guy St.<br>San Diego, CA 92110 | Unclaimed | | | | |
| 10/29/09 | 000117 | Scott Booth<br>1751 Guy St.<br>San Diego, CA 92110 | Claim 000007, Payment 3.49273% | 7990-000 | | 38.42 | 2,360.59 |
| 10/29/09 | 000118 | Linda Patterson<br>4285 5th Avenue<br>San Diego, CA 92103 | Claim 000008, Payment 3.49217% | 7990-000 | | 40.16 | 2,320.43 |
| 10/29/09 | 000119 | James Alexander Guthrie<br>3101 Fourth Avenue<br>San Diego, CA 92103 | Claim 000009, Payment 3.49208% | 7990-000 | | 46.27 | 2,274.16 |
| * 10/29/09 | 000120 | Justin Martinez & Susan Tepper<br>1753 Guy St.<br>San Diego, CA 92110 | Claim 000010, Payment 103.49259%<br>Unclaimed<br><br>Claim 1,350.00<br>Interest 47.15 | <br><br><br>5600-003<br>7990-003 | | 1,397.15 | 877.01 |
| 10/29/09 | 000121 | Grossmont Village COA<br>C/O Summit Property Management<br>PO Box 501730<br>San Diego, CA 92150-1730 | Claim 000003, Payment 61.04414%<br><br><br><br>Claim 694.61<br>Interest 42.15 | <br><br><br><br>7100-000<br>7990-000 | | 736.76 | 140.25 |
| 10/29/09 | 000122 | eCast Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 | Claim 000004, Payment 61.04353% | | | 79.79 | 60.46 |

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849663 UBOC General Checking Account

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim 75.23<br>Interest 4.56 | 7100-000<br>7990-000 | | | |
| 10/29/09 | 000123 | GLEN BORNSEN AND PAULA BORNSEN<br>C/O RADMILLA FULTON, ESQ.<br>1545 HOTEL CIRCLE SO, STE. 275<br>SAN DIEGO, CA 92108-3429 | RETURNED TO DEBTOR<br>SURPLUS FUNDS | 8200-002 | | 60.46 | 0.00 |
| * 11/10/09 | 000116 | Jack James Brady<br>1763 Guy St.<br>San Diego, CA 92110 | Claim 000006, Payment 3.49238%<br>Unclaimed | 7990-003 | | -36.67 | 36.67 |
| * 11/10/09 | 000120 | Justin Martinez & Susan Tepper<br>1753 Guy St.<br>San Diego, CA 92110 | Claim 000010, Payment 103.49259%<br>Unclaiomed<br><br>Claim ( 1,350.00 )<br>Interest ( 47.15) | <br><br><br>5600-003<br>7990-003 | | -1,397.15 | 1,433.82 |
| * 03/01/10 | 000114 | Craig & Aly Young<br>1263 Crown Ridge<br>Prescott, AZ 86301 | Claim 000002, Payment 3.49231%<br>Unclaimed | 7990-003 | | -45.40 | 1,479.22 |
| 04/22/11 | 000124 | CLERK OF THE BANKRUPTCY COURT<br>325 West "F" Street<br>San Diego, CA 92101 | RETURNED DIVIDENDS<br>UNCLAIMED OR UNCASHED DIVIDENDS | 7100-000 | | 1,479.22 | 0.00 |

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849663 UBOC General Checking Account
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account 2130849663

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 14,176.90 | 29 | Checks | 14,190.63 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 9,177.10 |
| | Subtotal | $ 14,176.90 | | Total | $ 23,367.73 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 9,190.83 | | | |
| | Total | $ 23,367.73 | | | |

**Exhibit B**

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849671 UBOC Money Market Account

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/08 | | Transfer from Acct #2130849663 | Bank Funds Transfer | 9999-000 | 9,176.90 | | 9,176.90 |
| 08/29/08 | 20 | Union Bank of California | Interest Rate 0.250 | 1270-000 | 1.61 | | 9,178.51 |
| 09/30/08 | 20 | Union Bank of California | Interest Rate 0.250 | 1270-000 | 1.98 | | 9,180.49 |
| 10/31/08 | 20 | Union Bank of California | Interest Rate 0.250 | 1270-000 | 1.92 | | 9,182.41 |
| 11/28/08 | 20 | Union Bank of California | Interest Rate 0.250 | 1270-000 | 1.74 | | 9,184.15 |
| 12/31/08 | 20 | Union Bank of California | Interest Rate 0.150 | 1270-000 | 1.80 | | 9,185.95 |
| 01/30/09 | 20 | Union Bank of California | Interest Rate 0.150 | 1270-000 | 1.11 | | 9,187.06 |
| 02/03/09 | | Transfer to Acct #2130849663 | Bank Funds Transfer | 9999-000 | | 879.98 | 8,307.08 |
| 02/16/09 | | Transfer from Acct #2130849663 | Bank Funds Transfer | 9999-000 | 0.20 | | 8,307.28 |
| 02/27/09 | 20 | Union Bank of California | Interest Rate 0.150 | 1270-000 | 0.96 | | 8,308.24 |
| 03/31/09 | 20 | Union Bank of California | Interest Rate 0.150 | 1270-000 | 1.09 | | 8,309.33 |
| 04/30/09 | 20 | Union Bank of California | Interest Rate 0.150 | 1270-000 | 1.02 | | 8,310.35 |
| 05/06/09 | | Transfer to Acct #2130849663 | Bank Funds Transfer | 9999-000 | | 2,168.80 | 6,141.55 |
| 05/19/09 | 20 | Union Bank of California | INTEREST REC'D FROM BANK | 1270-000 | 0.50 | | 6,142.05 |
| 05/19/09 | | Transfer to Acct #2130849663 | Final Posting Transfer | 9999-000 | | 6,142.05 | 0.00 |

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-05585 -LT
Case Name: BORNSEN, GLENN
BORNSEN, PAULA
Taxpayer ID No: 77-6281906
For Period Ending: 04/22/11

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number / CD #: 2130849671 UBOC Money Market Account

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

Account 2130849671

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 10 | Interest Postings | 13.73 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 9,190.83 |
| | Subtotal | $ 13.73 | | | |
| | | | | Total | $ 9,190.83 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 9,177.10 | | | |
| | Total | $ 9,190.83 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 14,176.90 | 29 | Checks | 14,190.63 |
| 10 | Interest Postings | 13.73 | 0 | Adjustments Out | 0.00 |
| | | | 5 | Transfers Out | 18,367.93 |
| | Subtotal | $ 14,190.63 | | | |
| | | | | Total | $ 32,558.56 |
| 0 | Adjustments In | 0.00 | | | |
| 5 | Transfers In | 18,367.93 | | | |
| | Total | $ 32,558.56 | | Net Total Balance | $ 0.00 |